IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WOLFGANG ALEXANDER LUCAS VASQUEZ,<br><br>Defendant. | CR 20–17–M–DLC<br><br><br>ORDER |

Before the Court is Defendant Wolfgang Alexander Lucas Vasquez's Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 17.) Vasquez requests an extension until the end of the day to file his motion.

IT IS ORDERED that the Motion (Doc. 17) is GRANTED. Vasquez's motion shall be due on July 2, 2020.

DATED this 2nd day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

1