IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WOLFGANG ALEXANDER LUCAS VASQUEZ,<br><br>Defendant. | CR 20–17–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Wolfgang Alexander Lucas Vasquez's Motion for Leave to File Exhibit "A" and Exhibit "B" Under Seal because these exhibits contain sensitive information.  (Doc. 23.)

IT IS ORDERED that the Motion (Doc. 23) is GRANTED.

DATED this 13th day of July, 2020.

Dana L. Christensen, District Judge
United States District Court