IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WOLFGANG ALEXANDER LUCAS VASQUEZ,<br><br>Defendant. | CR 20–17–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Wolfgang Alexander Lucas Vasquez's Motion to Appear in Person for Sentencing Hearing and Objection to Video Appearance. (Doc. 59.) Defendant files this motion to notify the Court that he objects to attending his upcoming sentencing hearing remotely and would like to attend in person. (*Id.*) Having consulted with the United States Marshals Service, the Court has received word that it will be possible to transport Defendant and still maintain his December 15, 2020 sentencing date. Accordingly,

IT IS ORDERED that the Motion (Doc. 59) is GRANTED. The sentencing hearing previously set for videoconference is VACATED and RESET to allow for Defendant's in-person attendance. The hearing shall take place as scheduled on December 15, 2020 at 10:30 a.m. at the Russell Smith Federal Courthouse, in Missoula, Montana.

DATED this 8th day of December, 2020.

*[Signature]*

Dana L. Christensen, District Judge
United States District Court